UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

MAGGIE LOH,

                            **Plaintiff,**

        -against-

SUSHIBYM2, LLC, et al.,

                            **Defendants.**
-------------------------------------------------------------X

22-CV-08567 (PGG)(SN)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/19/2023

**SARAH NETBURN, United States Magistrate Judge:**

On January 18, 2023, the parties appeared for an Initial Pretrial Conference. After reviewing the parties' joint submission, the Rule 16 conference is adjourned to allow the parties to concentrate their efforts on mediation.

The parties are directed to file a status letter no later than March 14, 2023. This letter should indicate whether the case has settled or whether the parties wish to proceed with discovery. If the parties wish to proceed with discovery, they are directed to file a new case management plan with their status letter.

**SO ORDERED.**

                                                 SARAH NETBURN
                                                 United States Magistrate Judge

DATED:      January 19, 2023
                 New York, New York