```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/23/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

MAGGIE LOH,

                            Plaintiff,

        -against-

SUSHIBYM2, LLC, et al.,

                        Defendants.

-----------------------------------------------------------------X

22-CV-08567 (SN)

**ORDER OF DISMISSAL**

**SARAH NETBURN, United States Magistrate Judge:**

        On March 21, 2023, the Honorable Paul G. Gardephe referred this case to my docket to conduct all proceedings and order the entry of a final judgment in accordance with 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73. ECF No. 19.

        In this Fair Labor Standards Act case, the parties agreed to the terms of a settlement in principle and on March 16, 2023, submitted a proposed settlement for the Court's review pursuant to Cheeks v. Freeport Pancake House, 796 F.3d 199 (2d Cir. 2015). ECF No. 18. Having reviewed the proposed settlement, the Court determines that it is fair and reasonable. The settlement is APPROVED, and this action is DISMISSED with prejudice.

**SO ORDERED.**

                                                                          SARAH NETBURN
                                                                          United States Magistrate Judge

DATED:      March 23, 2023
                  New York, New York